UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COAST TO COAST INVESTMENTS, LLC,

    Plaintiff,

    v.

SERGIO LUNA, et al.

    Defendants.

Case No. 14-cv-00477-WHO

**ORDER GRANTING MOTION TO REMAND**

Re: Dkt. No. 11

On August 13, 2013, plaintiff Coast to Coast Investments, LLC, filed an action for unlawful detainer against defendant Sergio Luna in the Superior Court of California, County of Contra Costa. Dkt. No. 1 at 7. Pedro Garcia and Jennifer Garcia claim an interest in the property, appeared as defendants, and filed a notice of removal to this Court on January 9, 2014. Dkt. No. 1 at 1. On February 13, 2014, the plaintiff moved to remand. Dkt. No. 11. The defendants' opposition brief was due on February 27, 2014, but they have not filed anything to date.

Pursuant to Civil Local Rule 7-1(b), I find this matter suitable for decision without hearing and VACATE the hearing currently set for March 26, 2014.

This is the third time the defendants have removed this same action to this Court. *See Coast to Coast Investments, LLC v. Luna*, No. 13-cv-4602-PJH (N.D. Cal. Oct. 4, 2013); *Coast to Coast Investments, LLC v. Luna*, No. 14-cv-131-WHO (N.D. Cal. Jan. 9, 2014). In their last two attempts, the case was remanded for lack of subject matter jurisdiction. Indeed, the second attempt was before me and I concluded that the removal was untimely and that there was no basis for federal question or diversity jurisdiction over the action. No. 14-cv-131, Dkt. No. 8 at 2-3.

Nothing about this attempt is different. Although it is unlikely that the defendants can successfully redress the defects identified by the orders remanding the two earlier cases, the

defendants have not even attempted to address them in either of the two later cases. Their successive removal attempts appear to be efforts at delaying proper adjudication of this matter.[1] At the same time, they appear unwilling to diligently prosecute their cases. In the earliest case, the defendants failed to respond to an order to show cause issued by the Honorable Jacqueline Scott Corley. *Coast to Coast Investments, LLC v. Luna*, No. 13-cv-4602-PJH, slip op. at 1 (N.D. Cal. Oct. 29, 2013). In a bankruptcy proceeding, Jennifer Garcia failed to comply with a court order to file information necessary for the proceeding, leading to its dismissal. *See In re Jennifer Garcia*, No. 13-bk-46550, slip op. at 1 (Bankr. N.D. Cal. Jan. 2, 2014). In this case, the defendants did not timely respond to the motion to remand.

For the reasons discussed in my prior order remanding this case, the motion is GRANTED and the case is REMANDED to the Superior Court of California, County of Contra Costa. The Clerk shall close the file.

The defendants are cautioned that any further filings that are frivolous will subject them to sanctions.

**IT IS SO ORDERED.**

Dated: March 20, 2014

WILLIAM H. ORRICK
United States District Judge

---

[1] The plaintiff points out that the defendants have also filed two bankruptcy actions. Mot. 2 (citing *In re Jennifer Garcia*, No. 13-bk-46550 (Bankr. N.D. Cal. Dec. 10, 2013); *In re Pedro Garcia*, No. 14-bk-40276 (Bankr. N.D. Cal. Jan. 21, 2014)).

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST TO COAST INVESTMENTS LLC, | Case Number: CV14-00477 WHO |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SERGIO LUNA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Pedro Garcia and
Jennifer Garcia
2392 Brandon Miles Way
Brentwood, CA 94513

Dated: March 20, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk